■ The People of the State of New York, Respondent, v Melvin Nieves, Appellant. [604 NYS2d 874] —Judgment unanimously affirmed. Memorandum: Defendant effectively waived his right to appeal and he raises no issues that have not been superseded by the waiver *(see, People v Callahan,* 80 NY2d 273, 285; *People v Seaberg,* 74 NY2d 1). (Appeal from Judgment of Erie County Court, D'Amico, J.—Manslaughter, 1st Degree.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.